UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

# NOTICE OF APPEAL

**Part 1: Identify the appellant**

*Name of appellant*: LLT Management LLC, formerly known as LTL Management LLC ("LTL").[2]

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] On December 29, 2023, LTL Management LLC changed its name to LLT Management LLC.

*Position of appellant in the bankruptcy case that is the subject of this appeal*: LTL is the debtor.

**Part 2:  Identify the subject of this appeal**

*Describe the judgment, order, or decree appealed from*:  Under 28 U.S.C. § 158 and Federal Rules of Bankruptcy Procedure 8002 and 8003, Appellant hereby gives notice of appeal to the United States District Court for the District of New Jersey from the Bankruptcy Court's *Order Awarding Fees to Houlihan Lokey Capital, Inc.* [Dkt. 1579] (the "Fee Order"), attached as Exhibit A to the *Declaration of James N. Lawlor*, filed contemporaneously herewith (the "Counsel Declaration"), and *Order Denying Motion or Application for the Entry of an Order to Reconsider* [Dkt. 1628] (the "Reconsideration Order"), attached as Exhibit B to the Counsel Declaration.

*State the date on which the judgment, order, or decree was entered*:  The Fee Order was entered on November 14, 2023.  The court entered the Reconsideration Order on December 21, 2023.

**Part 3:  Identify the other parties to the appeal**

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys are attached as Exhibit C to the Counsel Declaration.

**Part 4:  Optional election to have appeal heard by District Court**

Not applicable in this judicial district.

**Part 5:  Sign Below**

Dated:  January 4, 2024

                        **WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

## DECLARATION OF JAMES N. LAWLOR REGARDING NOTICE OF APPEAL

I, James N. Lawlor, hereby declare under penalty of perjury:

1.  I am a partner of the law firm of Wollmuth Maher & Deutsch LLP, and my office is located at 500 5th Avenue, New York, NY 10110. I am a member in good standing of the Bar of New Jersey. There are no disciplinary proceedings pending against me.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2. I submit this declaration (the "Declaration") in connection with the *Notice of Appeal* filed contemporaneously herewith. I have personal knowledge of the matters set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of the *Order Awarding Fees to Houlihan Lokey Capital, Inc.*, dated November 14, 2023 [Dkt. 1579].

4. Attached hereto as Exhibit B is a true and correct copy of the Reconsideration *Order Denying Motion or Application for the Entry of an Order to Reconsider*, dated December 21, 2023 [Dkt. 1628].

5. Attached hereto as Exhibit C is a true and correct list of the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  January 4, 2024                                    Respectfully submitted,

                                                               */s/ James N. Lawlor*
                                                               James N. Lawlor

# EXHIBIT A

Order Filed on November 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In re:<br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## ORDER AWARDING FEES TO HOULIHAN LOKEY CAPITAL, INC.

The relief set forth on the following pages is **ORDERED**.

DATED: November 14, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official*<br> *Committee of Talc Claimants* |

**THIS MATTER**, having come before the Court on the Final Application for Compensation of Houlihan Lokey Capital, Inc., Investment Banker to the Talc Claimants Committee, and the Court having issued an opinion dated November 7, 2023 [dkt #1571] awarding fees to Houlihan Lokey Capital, Inc., and good cause appearing for the entry of the within Order,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. Houlihan Lokey Capital, Inc. be and is hereby awarded monthly fees in the amount of $1,363,709.68, together with expenses in the amount of $2,786.36.

2. Houlihan Lokey Capital, Inc. be and is hereby awarded a net discretionary fee in the amount of $1,750,000.00.

3. The Debtor be and is hereby directed to pay the foregoing amounts to Houlihan Lokey Capital, Inc.

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on December 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LTL Management LLC

| | |
|---|---|
| Case No.: | 23-12825-MBK |
| Hearing Date: | 12/21/23 |
| Judge: | Chief Judge Michael B. Kaplan |
| Chapter: | 11 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
to Reconsider (doc # 1597)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 21, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

      A motion or application having been filed on \_\_\_\_November 28\_\_\_\_, 20 23  by Paul R. DeFilippo on behalf of LTL Management LLC.   for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

# EXHIBIT C

| Party | Attorney |
|---|---|
| Movant – Houlihan Lokey Capital, Inc.<br><br>Houlihan Lokey Capital, Inc.<br>245 Park Avenue, 20th Floor<br>New York, NY 10167 | N/A |
| Party in Interest – the Official Committee of Talc Claimants | **GENOVA BURNS LLC**<br><br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 467-2700<br>Facsimile: (973) 467-8126<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br><br>**MASSEY & GAIL LLP**<br><br>Jonathan S. Massey, Esq.<br>Bret R. Vallacher, Esq.<br>jmassey@masseygail.com<br>bvallacher@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br><br>**BROWN RUDNICK LLP**<br><br>David J. Molton, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael S. Winograd, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com |

| | |
|---|---|
| | -and-<br><br>Sunni P. Beville, Esq.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>sbeville@brownrudnick.com<br><br>**OTTERBOURG P.C**.<br><br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104 |
| Party in Interest - The Office of the United States Trustee for the District of New Jersey | **ANDREW R. VARA UNITED STATES TRUSTEE REGIONS 3 & 9**<br><br>Jeffrey M. Sponder<br>Lauren Bielskie<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>(cont'd)<br><br>Linda Richenderfer<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>linda.richenderfer@usdoj.gov |